**Order entered May 23 , 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00147-CV

### EX PARTE SENRICK WILKERSON

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X13-1007-N**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellant's April 7, 2014 objection to the Court's March 14, 2014 order; appellant's April 28, 2014 request for a copy of the record; and, appellant's April 29, 2014 request for appointment of counsel and copy of the record. Because appellant's response to our request for a jurisdictional brief was timely filed, we further **DENY** as moot appellant's April 28, 2014 request that his response be deemed timely filed.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE